UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL LEE JOHNSON,

        Defendant.

Case: 1:18-cr-20794
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-28-2018 At 04:24 PM
INDI USA v. Michael Lee Johnson (krc)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (18 U.S.C. §§ 13, 1151, 1152 and M.C.L. 750.349b)
### (Unlawful Imprisonment)

On or about October 23, 2018, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Michael Lee Johnson**, a non-Indian, knowingly restrained C.J., an Indian, under the circumstance that C.J. was secretly confined and C.J. was restrained to facilitate the commission of another felony, in violation of 18 U.S.C. §§ 13, 1151, 1152 and M.C.L. 750.349b.

1

## COUNT 2
## (18 U.S.C. §§ 113(a)(8), 1151 and 1152)
## (Assault of an Intimate or Dating Partner by Strangulation or Attempted Strangulation)

On or about October 24, 2018, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Michael Lee Johnson**, a non-Indian, assaulted C.J., an Indian and his intimate and dating partner by attempting to strangle and by strangling her, in violation of 18 U.S.C. §§ 113(a)(8), 1151 and 1152.

## COUNT 3
## (18 U.S.C. §§ 113(a)(8), 1151 and 1152)
## (Assault of an Intimate or Dating Partner by Suffocation or Attempted Suffocation)

On or about October 24, 2018, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Michael Lee Johnson**, a non-Indian, assaulted C.J., an Indian and his intimate and dating partner by attempting to suffocate and by suffocating her, in violation of 18 U.S.C. §§ 113(a)(8), 1151 and 1152.

## COUNT 4
## (18 U.S.C. §§ 2261(a)(1) & (2), 1151)
## (Interstate Domestic Violence)

On or about October 24, 2018, in the Northern Division of the Eastern District of Michigan, **Michael Lee Johnson**, a non-Indian, left Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, with the intent to injure and intimidate C.J., his intimate partner and dating partner, and caused C.J. to leave Indian country by force, coercion, and duress, while in the course of and as a result of said travel, committed domestic violence, a crime of violence against C.J., in violation of 18 U.S.C. §§ 2261(a)(1) & (2), 1151.

## COUNT 5
## (18 U.S.C. § 1512(b)(3))
## (Witness Tampering)

On or about October 23, 2018, in the Northern Division of the Eastern District of Michigan, **Michael Lee Johnson**, knowingly intimidated, threatened, and corruptly persuaded C.J., or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and a violation of conditions of parole, in violation of 18 U.S.C. § 1512(b)(3).

## COUNT 6
## (18 U.S.C. § 1512(b)(3))
## (Witness Tampering)

On or about October 24, 2018, in the Northern Division of the Eastern District of Michigan, **Michael Lee Johnson**, knowingly intimidated, threatened, and corruptly persuaded C.J., or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and a violation of conditions of parole, in violation of 18 U.S.C. § 1512(b)(3).

## COUNT 7
## (18 U.S.C. § 1512(b)(3))
## (Witness Tampering)

On or about October 25, 2018, in the Northern Division of the Eastern District of Michigan, **Michael Lee Johnson**, knowingly intimidated, threatened, and corruptly persuaded C.J., or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense and a violation of conditions of parole, in violation of 18 U.S.C. § 1512(b)(3).

## COUNT 8
## (18 U.S.C. §§ 113(a)(4), 1151 and 1152)
## (Assault by Striking, Beating or Wounding)

On or about October 23, 2018, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Michael Lee Johnson**, a non-Indian, did assault by striking, beating and wounding, C.J., an Indian, in violation of 18 U.S.C. §§ 113(a)(4), 1151 and 1152.

Dated:   November 28, 2018                THIS IS A TRUE BILL

                                          s/Grand Jury Foreperson
                                          GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

s/Roy R. Kranz                            s/Anthony P. Vance
ROY R. KRANZ (P56903)                     ANTHONY P. VANCE
Assistant U.S. Attorney                   Assistant U.S. Attorney
101 First Street, Suite 200               Chief, Branch Offices
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    X No

Case: 1:18-cr-20794
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-28-2018 At 04:24 PM
INDI USA v. Michael Lee Johnson (krc)

Case Title: USA v. Michael Johnson

County where offense occurred: Isabella

Check One:   X Felony     ☐ Misdemeanor     ☐ Petty

_____ Indictment/_____ Information --- **no** prior complaint.
___X___ Indictment/_____ Information --- based upon prior complaint [18-mj-30567]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: November 28, 2018

Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.