UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL LEE JOHNSON,

    Defendant.

Case No. 18-cr-20794
Honorable Linda V. Parker

_____/

## VERDICT FORM

    As to Count 1 of the First Superseding Indictment, Unlawful Imprisonment, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

    _____ Not Guilty

    __X__ Guilty

    As to Count 2 of the First Superseding Indictment, Assault of an Intimate or Dating Partner by Strangulation or Attempted Strangulation, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

    _____ Not Guilty

    __X__ Guilty

As to Count 3 of the First Superseding Indictment, Assault of an Intimate or Dating Partner by Suffocation or Attempted Suffocation, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 4 of the First Superseding Indictment, Interstate Domestic Violence, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 5 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 6 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 7 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 8 of the First Superseding Indictment, Assault by Striking, Beating, or Wounding, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

 Not Guilty

_____ Guilty

As to Count 9 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 10 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

 Guilty

As to Count 11 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

 Not Guilty

_____ Guilty

As to Count 12 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

_____ Not Guilty

__X__ Guilty

As to Count 13 of the First Superseding Indictment, Witness Tampering, we, the jury by unanimous verdict, find Defendant Michael Lee Johnson:

__X__ Not Guilty

_____ Guilty

__11/1/2024__
**DATED**

s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.